# Order

Michigan Supreme Court
Lansing, Michigan

August 29, 2006

130612(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES ALLEN NOEL,
     Defendant-Appellant.

SC: 130612
COA: 266880
Roscommon CC: 04-004767-FH

_____/

     On order of the Court, the motion for reconsideration of this Court's order of May 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

d0821